## STATE OF OREGON,
*Respondent,*

*v.*

## CHARLIE RAY BELLER,
*Appellant.*

20-03-00754; A122375

117 P3d 282

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Anne F. Munsey, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Elizabeth A. Gordon, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder* and Schuman, Judges.

PER CURIAM

Sentence vacated; remanded for resentencing; otherwise affirmed. *State v. Perez,* 196 Or App 364, 102 P3d 705 (2004), *rev allowed,* 338 Or 488 (2005); ORS 138.222(5).

---

* Linder, J., *vice* Richardson, S. J.